456 U.S. 955
 102 S.Ct. 2028
 72 L.Ed.2d 479
 Leon G. GRANT, petitioner,
v.
WASHINGTON PUBLIC EMPLOYMENT RELATIONS COMMISSION, et al
 No. 81-1666
 Supreme Court of the United States
 May 3, 1982
 
 1
 On petition for writ of certiorari to the Supreme Court of Washington. The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the Supreme Court of Washington for further consideration in light of Larson v. Valente, 456 U.S. 228, 102 S.Ct. 1673, 72 L.Ed.2d 33 (1982).
 
 
 2
 Opinion after remand, 99 Wash.2d 815, 664 P.2d 1227.